No. 02–5035. WILSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–5037. JACQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5038. ZOCHLINSKI v. HANDY ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 02–5039. ADKINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5040. SITTON v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–5041. HALLGREN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5042. FLORES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5043. ROBINSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–5044. SEALED PETITIONER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 02–5045. TUCKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5046. McKINNEDY v. DOHERTY, DIRECTOR, GREENVILLE COUNTY DETENTION CENTER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–5048. RUIZ-VARGUS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5049. BATISTE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5050. MUELA SOLIS v. EVERETT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.